UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ACCESS 4 ALL, INC., a Florida Non Profit Corporation, and PETER SPALLUTO, Individually, | : : : : | |
| Plaintiffs, | : : | Case No. |
| vs. | : : | Judge |
| | : | Magistrate Judge |
| IROQUOIS HOTEL, L.L.C., a New York Limited Liability Company, | : : : | |
| Defendant. _____/ | : : | |

## **RULE 7.1 DISCLOSURE STATEMENT**

PURSUANT TO Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, ACCESS 4 ALL, INC., (a private non-governmental party) certifies that it has no corporate parents, affiliates, and/or subsidiaries of said party, that are publicly held.

Respectfully Submitted,

Lawrence A. Fuller, Esquire
FULLER, FULLER & ASSOCIATES, P.A.
Counsel for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com

By:   /s/Lawrence A. Fuller
      Lawrence A. Fuller, Esquire (LF 5450)

Date:   September 18, 2007