UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,

                Plaintiff,

-v-

IROQUOIS HOTEL, L.L.C., a New York Limited Liability Company,

                Defendant.

Case No. 07 CV 8302 (DC)

**Rule 7.1 Statement**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Iroquois Hotel L.L.C. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                NONE

**Date:** October 29, 2007

                **Signature of Attorney** Alan Heblack

                **Attorney Bar Code:** AH 1219