```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ACCESS 4 ALL, INC. and
PETER SPALLUTO,

             Plaintiffs,

      - against -

IROQUOIS HOTEL, L.L.C.,

             Defendant.
- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 8302 (DC)

**CHIN, District Judge**

      It having been reported to this Court that this matter has been settled, IT IS **HEREBY ORDERED** that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:  New York, New York
       May 30, 2008

                                    DENNY CHIN
                                    United States District Judge